IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

DARELL GENE TOMBLIN II,

        Plaintiff,

v.                             CIVIL ACTION NO. 3:16-12412

NANCY A. BERRYHILL,[1]
Acting Commissioner of the
Social Security Administration,

        Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Omar J. Aboulhosn, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendations for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the Court deny the Claimant's Motion for Judgment on the Pleadings (ECF No. 12), grant Defendant's request in the Brief in Support of Defendant's Decision (ECF No. 13), affirm the final decision of the Commissioner, and dismiss this matter from the Court's docket. Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendations of the Magistrate Judge and **DENIES** the Claimant's Motion for Judgment on the Pleadings (Brief

---

[1] At the time this civil action was filed, Carolyn W. Colvin was serving as the Acting Commissioner of Social Security.

in Support of Judgment on the Pleadings) (ECF No. 12), **GRANTS** Defendant's request in the Brief in Support of Defendant's Decision (ECF No. 13), **AFFIRMS** the final decision of the Commissioner, and **DISMISSES** this matter from the Court's docket, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: July 6, 2017

_____
ROBERT C. CHAMBERS, CHIEF JUDGE